·THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILPERL COR-PORATION et al., Appellants, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.   (Taxes for 1932 and 1933.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANK FOR SAVINGS · IN THE CITY OF NEW YORK, Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

(Taxes for 1940–41.)

Argued January 22, 1946; decided March 7, 1946.

*Edmund B. Hennefeld* and *Leon Sacks* for appellants.
*Melville Southard* and *Henry F. Richardson, Jr.,* for respondent.

. Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.